# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA HOFFMAN, | CASE NO. 07cv273 WQH (LSP) |
| Plaintiff, | **ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

HAYES, Judge:

## Background

On February 9, 2007, Plaintiff Liza Hoffman filed a Motion for Return of Seized Property. (Doc. # 1). On May 7, 2007, Defendant the United States of America filed a Motion to Dismiss and for Summary Judgment and in Opposition to Plaintiff's Motion for Return of Property. (Doc. # 9). The hearing date for the Motion was extended to October 15, 2007. (Doc. # 16). On October 1, 2007, Attorney Patrick Q. Hall and the law firm of Seltzer Caplan McMahon Vitek filed a Motion to Withdraw as Counsel of Record for Plaintiff Liza Hoffman. (Doc. # 17). On October 16, 2007, the Court granted the Motion to Withdraw as Counsel and ordered Attorney Patrick Hall to notify the Court in writing of Plaintiff's address for service of process. (Doc. # 21). On November 5, 2007, Attorney Patrick Hall notified the Court that the Plaintiff's best address for purposes of service of process is:

> Ms. Liza Hoffman
> 2830 Paradise Ridge Court
> Chula Vista, California 91915

(Doc. # 22).

## Ruling of the Court

IT IS HEREBY ORDERED that Plaintiff Liza Hoffman has thirty (30) days to obtain new counsel. If Plaintiff does not respond to this Order by Monday, December 17, 2007, the Court will deem Plaintiff as proceeding pro se.

The Court directs the Clerk of the Court to serve a copy of this Order and the Order granting the Motion to Withdraw (Doc. # 21) on Plaintiff Liza Hoffman by mail at the following address:

>   Ms. Liza Hoffman
>   2830 Paradise Ridge Court
>   Chula Vista, California 91915

DATED: November 14, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge