1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LIZA HOFFMAN, | CASE NO. 07cv273 WQH (LSP) |
|---|---|
| Petitioner, | **ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

HAYES, Judge:

On February 9, 2007, Petitioner Liza Hoffman filed a Motion for Return of Seized Property. (Doc. # 1). On May 7, 2007, Respondent the United States of America filed a Motion to Dismiss and for Summary Judgment. (Doc. # 9). The hearing date for the Motion to Dismiss and for Summary Judgment was extended to October 15, 2007. (Doc. # 16).

On October 1, 2007, Hoffman's Attorney Patrick Hall filed a Motion to Withdraw as Attorney. (Doc. # 17). On October 16, 2007, the Court granted the Motion to Withdraw as Attorney. (Doc. # 21). On November 14, 2007, the Court issued an Order providing that Hoffman "has 30 days to obtain new counsel. If Plaintiff does not respond to this Order by December 17, 2007, the Court will deem Plaintiff as proceeding pro se." (Doc. # 23).

On November 30, 2007, Attorney Hall filed a Motion to Withdraw the Motion for Return of Seized Property and Request for Dismissal of Action, which stated that Hoffman "no longer wishes to pursue litigation on this matter and therefore is requesting that this action be dismissed," and that the United States "has no objection to this request." (Doc. # 24). On December 4, 2007,

1  the Court denied the Motion to Withdraw the Motion for Return of Seized Property and Request
2  for Dismissal of Action "on grounds that Attorney Patrick Hall has not obtained permission of the
3  Court to make a special appearance for purposes of this Motion."  (Doc. # 25).
4      IT IS HEREBY ORDERED that pursuant to the Court's November 14, 2007 Order,
5  Petitioner Liza Hoffman is deemed as proceeding pro se.  Petitioner shall file any opposition to the
6  Motion to Dismiss and for Summary Judgment on or before **Tuesday, February 19, 2008.**  In the
7  event that Petitioner "no longer wishes to pursue litigation on this matter," Petitioner may file a
8  Motion for Voluntary Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure on or
9  before **Tuesday, February 19, 2008.**  The Court will rule thereafter.
10 DATED:  February 6, 2008

**WILLIAM Q. HAYES**
United States District Judge