1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   LIZA HOFFMAN,                                CASE NO. 07cv273 WQH (LSP)

12                          Petitioner,           **ORDER**
            vs.
13   UNITED STATES OF AMERICA,

14                          Respondent.

15   HAYES, Judge:

16          On February 9, 2007, Petitioner Liza Hoffman commenced this action by filing the

17   Motion for Return of Seized Property.  (Doc. # 1).  On May 7, 2007, Respondent filed the

18   Motion to Dismiss and for Summary Judgment, which is currently pending.  (Doc. # 9).  On

19   February 21, 2008, Petitioner filed the Motion to Withdraw Motion for Return of Seized

20   Property and for Voluntary Dismissal pursuant to Rule 41 of the Federal Rules of Civil

21   Procedure ("Motion for Voluntary Dismissal").  (Doc. # 31).  The Motion states that

22   "Petitioner no longer wishes to pursue litigation on this matter and is requesting this action be

23   dismissed."  *Id.*  On February 22, 2008, the Court issued an Order which provided that

24   "Respondent shall file and serve any response to the Motion to Withdraw Motion for Return

25   of Seized Property/ Motion for Voluntary Dismissal on or before February 29, 2008."  (Doc.

26   # 32).  On February 26, 2008, Respondent filed the Response in Support of the Motion for

27   Voluntary Dismissal.  (Doc. # 34).  The response states that Respondents "do not oppose

28   [Petitioner's] Motion to Withdraw Motion for Return of Seized Property, and concurs with her

1  Motion for Voluntary Dismissal of this case under Rule 41." *Id.*

2       Rule 41(a) of the Federal Rules of Civil Procedure governs the voluntary dismissal of

3  an action in federal court.  Rule 41(a)(2) provides that unless a plaintiff files a notice of

4  dismissal before the opposing party serves either an answer or a motion for summary

5  judgment, or the parties stipulate to the dismissal of the action, "an action may be dismissed

6  at the plaintiff's request only by court order, on terms that the court considers proper."  Fed.

7  R. Civ. P. § 41(a)(2).  A court should grant a Rule 41(a)(2) motion for voluntary dismissal

8  without prejudice unless the defendant will "suffer clear legal prejudice, other than the

9  prospect of a subsequent suit on the same facts." *Phillips v. Illinois Central Gulf Railroad,* 874

10  F.2d 984, 986 (9th Cir. 1989).  "Unless the order states otherwise, a dismissal under this

11  paragraph (2) is without prejudice." *Id.*  The decision to grant or deny a motion pursuant to

12  Rule 41(a)(2) is "within the sound discretion of the trial court and may be reviewed only for

13  abuse of that discretion." *Id.*

14       The Court notes that Respondent explicitly states that it "concurs" with Petitioner's

15  Motion for Voluntary Dismissal. *Response,* p. 2.  The Court finds that Respondent will not

16  suffer legal prejudice if the Court grants voluntary dismissal.   The Court will exercise its

17  discretion and grant the Motion for Voluntary Dismissal.

18                                            **Conclusion**

19       The Court **GRANTS** the "Motion to Withdraw Motion for Return of Seized

20  Property/ Motion for Voluntary Dismissal Pursuant to Rule 41 of the Federal Rules of Civil

21  Procedure." (Doc. # 31).  The above-captioned action is **DISMISSED without prejudice.**

22  DATED:  February 29, 2008

23                              *William Q. Hayes*

24                          **WILLIAM Q. HAYES**
                          United States District Judge

25

26

27

28